**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.                                                    No. 02-4777

WILLIAM J. ENGLE, a/k/a Sonny,
            *Defendant-Appellant.*

Appeal from the United States District Court
for the Southern District of West Virginia, at Huntington.
Robert C. Chambers, District Judge.
(CR-01-257)

Submitted: February 10, 2003

Decided: April 1, 2003

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**COUNSEL**

Mary Lou Newberger, Federal Public Defender, Edward H. Weis, Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. Kasey Warner, United States Attorney, Lisa A. Green, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

William J. Engle appeals his conviction and 120 month sentence for conspiracy to distribute dilaudid, in violation of 42 U.S.C. § 846 (2000). On appeal, Engle argues that under Fed. R. Evid. 609(b), the district court erred in excluding evidence of a Government witness' 1987 conviction for drug crimes.

We review this claim for abuse of discretion. *United States v. Carter*, 300 F.3d 415, 423 (4th Cir. 2002). Engle's claim is meritless. Engle cannot establish that, under Fed. R. Evid. 609, the district court abused its discretion by excluding evidence of the Government witness's 1987 conviction, because he cannot establish the evidence's probative value in undermining the Government witness's credibility substantially outweighed its prejudicial effect. Fed. R. Evid. 609(b); *United States v. Beahm*, 664 F.2d 414, 418 (4th Cir. 1981); *United States v. Cavender*, 578 F.2d 528, 531 (4th Cir. 1978).

Accordingly, we affirm Engle's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

*AFFIRMED*